```
                 UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF WEST VIRGINIA

                          AT CHARLESTON
```

**KATELYN GRACE SLEBODA,**

       Plaintiff,

v.                                      Civil Action No. 2:13-30805

**GEORGE MICHAEL PUSKAS, II,**
individually and in his capacity
as a police officer for the
Town of Ripley, West Virginia,
**RAYMOND ANDREW WILLIAMS,** in his capacity
as a police officer for the
Town of Ripley, West Virginia,
**THE TOWN OF RIPLEY POLICE DEPARTMENT** and
**RIPLEY YOUTH SOCCER CLUB**
(a Soccer Association) and
**SHERRI STAHLMAN,** in her capacity as
Registrar and District Representative, and
**CLYDE KENNY,** in his capacity as
a Police Officer of and for
The Town of Ripley Police Department

       Defendants.

<u>ORDER</u>

       Pending is the renewed joint motion by all parties, excluding George Michael Puskas, II, to unseal documents and provide access to all investigative materials, filed March 19, 2015.

       It is ORDERED that the United States be, and hereby is, directed to respond to the motion on or before April 6, 2015, with any reply filed on or before April 14, 2015.

The Clerk is directed to transmit a copy of this written opinion and order to R. Booth Goodwin II, United States Attorney, all counsel of record and any unrepresented parties.

ENTER: March 23, 2015

_____
John T. Copenhaver, Jr.
United States District Judge